

1  **McGuire Gardner PLLC**
2  Pernell W. McGuire  (SBN 015909)
   320 N. Leroux, Suite A
3  Flagstaff, AZ  86001
   Telephone: (928) 779-1173
4  Facsimile: (928) 779-1175
   pmcguire@mcguiregardner.com
5  Attorneys for Plaintiff

6

7  **IN THE UNITED STATES DISTRICT COURT**

8  **IN AND FOR THE DISTRICT OF ARIZONA**

9

| HAMLIN K. ELROD; MARY ELROD; | Case No. |
|---|---|
| Plaintiffs, | COMPLAINT |
| vs. | |
| DEREK GATES; KENT WINKLER; LSALC INC.; and JOHN and JANE DOES 1-3; | |
| Defendants. | |

10
11
12
13
14
15

16    Plaintiffs, for their complaint against the Defendants allege as follows:

17                              **Jurisdiction**

18    1.    This is an action for damages for Defendants' willful and/or negligent

19  noncompliance with and violation of the provisions of the Fair Credit Reporting Act (the

20  "FCRA"), 15 U.S.C. §1681n, 15 U.S.C. §1681o, 15 U.S.C. §1681s-2(a)(1)(A), 15 U.S.C.

21  §1681s-2(a)(1)(B), 15 U.S.C. §1681s-2(a)(2), and 15 U.S.C. §1681s-2(a)(3) as is more

22  fully set forth below.

23

24                                **Venue**

25    2.    This Court has jurisdiction of this action under 15 USCA § 1681p.

26  / /

1

//

**Parties**

3.　　Defendants, Derek Gates and Kent Winkler are individuals residing within the State of Arizona.  LSALC, Inc. is incorporated in the State of Arizona, with its principal office at 850 Hattie Green, City of Flagstaff, County of Coconino, State of Arizona.

4.　　Plaintiffs H.K. Elrod and Mary Elrod are consumers, within the definition of 15 U.S.C. §1681a(c) and resides in the City of Page, County of Coconino, and State of Arizona.

5.　　John and Jane Does 1-3 are unknown, and their true names will be identified when they become known, and Plaintiff will amend this Complaint to show their true names and capacities when and if they become known.

**COUNT 1:**
**WILLFUL NONCOMPLIANCE**

6.　　The Plaintiff re-alleges the foregoing allegations of the Complaint as if set forth in full herein.

7.　　Upon information and belief, Defendants, Derek Gates, Kent Winkler and LSALC, Inc., either as individuals or jointly, have willfully failed to comply with the requirements of the FCRA by willfully reporting the inaccurate, misleading, and false information that they have a judgment against the Plaintiffs, to the established Credit Reporting Agencies concerning certain litigation between the parties in the Page Precinct of the Justice Court of Coconino County, State of Arizona, Case Number CV2009-08, which actions are in direct violation of the requirements of 15 U.S.C. §1681s-2(a)(1)(A), which statute requires that: "A person shall not furnish any information relating to a consumer to

2

any reporting agency if the person knows or has reasonable cause to believe that the information is inaccurate."

8.      Upon information and belief, Defendants, either as individuals or jointly, despite being notified of the falsity of the information being reported and the information, in fact, being inaccurate, willfully continued to furnish to the Credit Reporting Agencies false and misleading information in violation of 15 USCA §1681s-2(a)(1)(B), which requires that: A person shall not furnish information relating to a consumer to any consumer reporting agency if the person has been notified by the consumer, at the address specified by the person for such notices, that specific information is inaccurate; and the information is, in fact, inaccurate.

9.      Upon information and belief, Defendants, either as individuals or jointly, despite knowledge that the information reported to the Credit Reporting Agencies relating to Plaintiffs was incomplete and inaccurate, willfully failed to notify the Agencies of the inaccuracy of the information, and furnish corrections to the information, which actions are in violation of  15 USCA §1681s-2(a)(2), which requires a person who, in the ordinary course of business, furnishes information to one or more consumer reporting agencies and determines that information to be incomplete or inaccurate shall promptly provide to the agency any corrections to the information and shall not thereafter provide the agency with any of the information that remains incomplete or inaccurate.

10.      Upon information and belief, Defendants, either as individuals or jointly, have

3



willfully failed to provide notice to the Agencies that the completeness or accuracy of the furnished information is disputed by the Plaintiffs, which actions are in violation of 15 USCA §1681s-2(a)(3), which requires, when the completeness or accuracy of information being reported is disputed in any form, that the person furnishing the information to any consumer reporting agency not furnish the information without notice accompanying the information that its completeness or accuracy is disputed by the consumer.

11.     As a direct result of Defendants' willful noncompliance with the FCRA and willful false reporting, Plaintiffs' credit has been adversely affected.

12.     Defendants' willful noncompliance with the aforementioned statutes have caused Plaintiffs additional and irreparable damage as they have been denied additional credit based on the existence of the false information furnished to the Credit Agencies.

13.     Plaintiffs have already sought to have the wrongful information removed through actions with the Credit Reporting Agencies.

14.     Through information and belief, the Credit Reporting Agencies have refused to remove the false information as it is being directly reported by the Defendants as being reduced to a judgment.

**COUNT 2:**
**NEGLIGENT NONCOMPLIANCE**

15.     The Plaintiff re-alleges the foregoing allegations of the Complaint as if set forth in full herein.

16.     Upon information and belief, Defendants, Derek Gates, Kent Winkler and

4



LSALC, Inc., either as individuals or jointly, have negligently failed to comply with the requirements of the FCRA in violation of 15 U.S.C. § 1681o by negligently reporting the inaccurate, misleading, and false information that they have a judgment against the Plaintiffs, to the established Credit Reporting Agencies concerning the current litigation between the parties in the Page Precinct of the Justice Court of Coconino County, State of Arizona, Case Number CV2009-08, which actions are in direct violation of the requirements of 15 U.S.C. §1681s-2(a)(1)(A), which statute requires that: "A person shall not furnish any information relating to a consumer to any reporting agency if the person knows or has reasonable cause to believe that the information is inaccurate."

8.      Upon information and belief, Defendants, either as individuals or jointly, despite being notified by of the falsity of the information being reported and the information, in fact, being inaccurate, negligently continued to furnish to the Credit Reporting Agencies false and misleading information in violation of 15 USCA §1681s-2(a)(1)(B), which requires that: A person shall not furnish information relating to a consumer to any consumer reporting agency if the person has been notified by the consumer, at the address specified by the person for such notices, that specific information is inaccurate; and the information is, in fact, inaccurate.

9.      Defendants, either as individuals or jointly, despite knowledge that the information reported to the Credit Reporting Agencies relating to Plaintiffs was incomplete and inaccurate, negligently failed to notify the Agencies of the inaccuracy of the information, and furnish corrections to the information, which actions are in violation of  15 USCA

§1681s-2(a)(2), which requires a person who, in the ordinary course of business, furnishes information to one or more consumer reporting agencies and determines that information to be incomplete or inaccurate shall promptly provide to the agency any corrections to the information and shall not thereafter provide the agency with any of the information that remains incomplete or inaccurate.

10.     Defendants, either as individuals or jointly, have negligently failed to provide notice to the Agencies that the completeness or accuracy of the furnished information is disputed by the Plaintiffs, which actions are in violation of 15 USCA §1681s-2(a)(3), which requires, when the completeness or accuracy of information being reported is disputed in any form, that the person furnishing the information to any consumer reporting agency not furnish the information without notice accompanying the information that its completeness or accuracy is disputed by the consumer.

11.     As a direct result of Defendants' negligent noncompliance with the FCRA, Plaintiffs' credit has been adversely affected.

12.     Defendants' willful noncompliance with the aforementioned statutes have caused Plaintiffs additional and irreparable damage as they have been denied additional credit based on the existence of the false information furnished to the Credit Agencies.

13.     Plaintiffs have already sought to have the wrongful information removed through actions with the Credit Reporting Agencies.

14.     Through information and belief, the Credit Reporting Agencies have refused to remove the false information as it is being directly reported by the Defendants as being

6

1    reduced to a judgment.

2    **WHEREFORE**, the Plaintiff demands a jury trial and requests a judgment against

3    the Defendants as follows:

4        1.    For an order of actual damages in an amount to be proven at trial pursuant to

5    15 U.S.C. § 1681n(a)(1)(A) and 15 U.S.C. § 1681o(a)(1),  and such amount of punitive

6    

7    damages as the Court may allow pursuant to 15 U.S.C. § 1681n(a)(2).

8        2.    For attorneys' fees as provided for in 15 U.S.C. § 1681n(a)(3);

9        3.    For costs; and

10       4.    For such other punitive and further relief as might be just and proper.

11   Dated this 22ᴬᴾ day of April, 2011.

12

13                        **MCGUIRE GARDNER P.L.L.C.**

14

15   By: _____
                     Pernell W. McGuire
16                   Attorneys for Plaintiff

17

18

19                        V E R I F I C A T I O N

20

21   State of ARIZONA                    )
                                          ) ss
22   County of Coconino                  )

23       Hamlin K. Elrod being first duly sworn, upon his/her oath, deposes and states:

24       That the matters and things stated therein are true to the best of his/her knowledge,
     except as to those statements made upon information and belief, and as to those he/she
25   believes them to be true.

26

                                    7

1
2
3
_____
Hamlin K. Elrod
4
5
6       On this the __1__ day of __April__, 2011, before me, the undersigned
Notary Public, personally appeared Hamlin Elrod, known to me or satisfactorily
7       proven to be the person whose name is subscribed to the foregoing instrument, and
acknowledged to me that he/she executed the foregoing instrument for the purposes
8       therein contained.
9
10       IN WITNESS WHEREOF, I have hereunto set my hand and official seal.
11
12

OFFICIAL SEAL
ANDREA McKERRY
NOTARY PUBLIC - State of Arizona
COCONINO COUNTY
My Comm. Expires Sept. 14, 2011
13                                                              Notary Public
14
15   My Commission Expires: Sept 14, 2011
16
17
18
19
20
21
22
23
24
25
26

8