1 | John M. DiCaro, Bar #017990
Tyler J. Carrell, Bar #028020
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-1700
Fax: (602) 200-7828
jdicaro@jshfirm.com
tcarrell@jshfirm.com

Attorneys for Defendants Derek Gates, Kent Winkler, and LSALC, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| Hamlin K. Elrod; Mary Elrod, | NO. 3:11-CV-08062-ECV |
|---|---|
| Plaintiffs, | **NOTICE OF SETTLEMENT** |
| v. | |
| Derek Gates; Kent Winkler; LSALC, Inc.; and John and Janes Does 1-3, | |
| Defendants. | |

Defendants Derek Gates, Kent Winkler and LSALC, Inc., through undersigned counsel, hereby notify the court pursuant to Arizona Rule of Civil Procedure 5.1(c) that the parties have reached settlement in the above-captioned matter. The parties will be filing a Stipulation to Dismiss and corresponding Order in the near future.

/ / /

/ / /

/ / /

2952392.1

RESPECTFULLY SUBMITTED this 7th day of September, 2012.

JONES, SKELTON & HOCHULI, P.L.C.

By   s/  Tyler J. Carrell
John M. DiCaro
Tyler J. Carrell
2901 North Central Avenue, Suite 800
Phoenix, Arizona  85012
Attorneys for Defendants Derek Gates,
Kent Winkler, and LSALC, Inc.

ORIGINAL electronically filed
this 7th day of September, 2012.

COPY mailed/e-mailed
this 7th day of September, 2012, to:

Pernell W. McGuire
McGUIRE GARDNER PLLC
320 N. Leroux, Suite A
Flagstaff, AZ 86001
pmcguire@mcguiregardner.com
Attorneys for Plaintiffs

   s/  Shea Morris

2952392.1                                              2